1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   LINDA TAMMY GABALDON,                    No.  2:18-cv-1853-MCE-EFB P

11                   Petitioner,

12        v.                                  ORDER

13   ATTORNEY GENERAL,

14                   Respondent.

15

16          On January 4, 2019, this habeas case was closed and judgment was duly entered.  ECF

17   Nos. 14 & 15.  On July 18, 2019, petitioner filed a two-sentence request to reopen her case (ECF

18   No. 16), which the court construed as a motion for relief from judgment pursuant to Rule 60(b) of

19   the Federal Rules of Civil Procedure.  ECF No. 17.  On February 5, 2020, the court denied the

20   motion.  ECF No. 18.

21          On April 3, 2020, petitioner filed a letter alleging that she had been raped and requesting

22   an investigation.  ECF No. 19.  While troubling, the court takes no action on petitioner's letter as

23   this case is now closed.  Petitioner may, if appropriate, commence a new civil action to litigate

24   any alleged violations of her civil rights while incarcerated.  However, petitioner is hereby

25   informed that the court will not respond to future filings in this action that are not authorized by

26   the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure

27   Dated:  April 13, 2020.

28

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE